UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALAN ZAMETKIN, On Behalf of Himself and All Others Similarly Situated,<br><br>                Plaintiff,<br><br>vs.<br><br>FIDELITY MANAGEMENT & RESEARCH COMPANY, FIDELITY INVESTMENTS, FIDELITY BROKERAGE SERVICES LLC, FIDELITY INCOME FUND, EDWARD C. JOHNSON 3RD, ABIGAIL P. JOHNSON, ROBERT M. GATES, MARIE L. KNOWLES, NED C. LAUTENBACH, MARVIN L. MANN, WILLIAM O. MCCOY, WILLIAM S. STAVROPOULOS, TIMOTHY HAYES, ROBERT L. REYNOLDS, CHRISTINE REYNOLDS, GEORGE H. HEILMEIER, DENNIS J. DIRKS, STEPHEN P. JONAS, CORNELIA M. SMALL, KENNETH L. WOLFE, KIMBERLEY MONASTERIO, JOSEPH B. HOLLIS, JAMES C. CURVEY, ALBERT R. GAMPER AND JAMES H. KEYES,<br><br>                Defendants. | Case No. 1:08-cv-10960-MLW<br><br>CLASS ACTION<br><br>Hearing Requested |

**MOTION OF ALAN ZAMETKIN FOR APPOINTMENT AS LEAD
PLAINTIFF AND FOR APPROVAL OF SELECTION OF LEAD COUNSEL**

Proposed lead plaintiff Alan Zametkin hereby moves this Court for an Order (attached hereto as Exhibit A): (1) appointing him as Lead Plaintiff in the above-captioned action; (2) approving his selection of Coughlin Stoia Geller Rudman & Robbins LLP and Dyer & Berens LLP to serve as Lead Counsel and Shapiro Haber & Urmy LLP to serve as Liaison Counsel; and (3) granting such other and further relief as the Court may deem just and proper. In support of this Motion, Mr.

Zametkin submits herewith a Memorandum of Law, the Declaration of Adam M. Stewart, and a proposed Order.[1]

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(D), Mr. Zametkin respectfully submits that he believes oral argument may assist the court and wishes to be heard on this matter.

DATED:  August 4, 2008                    SHAPIRO HABER & URMY LLP
                                          THOMAS G. SHAPIRO (BBO # 454680)
                                          ADAM M. STEWART (BBO # 661090)

                                          /s/ Adam M. Stewart
                                          ADAM M. STEWART

                                          53 State Street
                                          Boston, MA  02109
                                          Telephone:  617/439-3939
                                          617/439-0134 (fax)
                                          tshapiro@shulaw.com
                                          astewart@shulaw.com

                                          [Proposed] Liaison Counsel

---

[1] Pursuant to the Private Securities Litigation Reform Act of 1995, a motion for appointment as Lead Plaintiff may be made by any class member who wishes to seek appointment as Lead Plaintiff, whether or not they have previously filed a complaint in this action, no later than 60 days following the publication of the first notice that was issued advising investors of the pendency of this action.  15 U.S.C. §§78u-4(a)(3)(A) and (B).  While all potential parties to the action should be aware of this filing deadline, it is impossible at this time for counsel for Mr. Zametkin to determine who else may move for appointment as Lead Plaintiff.  Accordingly, counsel for Mr. Zametkin requests leave from the meet and confer requirement of Local Rule 7.1(A)(2) with respect to the filing of this motion.

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
MARK S. REICH
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@csgrr.com
drosenfeld@csgrr.com
mreich@csgrr.com

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
PAUL J. GELLER
DOUGLAS WILENS
120 E. Palmetto Park Road, Suite 500
Boca Raton, FL  33432-4809
Telephone:  561/750-3000
561/750-3364 (fax)
pgeller@csgrr.com
dwilens@csgrr.com

DYER & BERENS LLP
ROBERT J. DYER III
JEFFREY A. BERENS
682 Grant Street
Denver, CO  80203
Telephone:  303/861-1764
303/395-0393 (fax)
bob@dyerberens.com
jeff@dyerberens.com

[Proposed] Lead Counsel for Plaintiffs

HOLZER HOLZER & FISTEL, LLC
COREY D. HOLZER
MICHAEL I. FISTEL, JR.
1117 Perimeter Center West, Suite E-107
Atlanta, GA  30338
Telephone:  770/392-0090
770/392-0029 (fax)
cholzer@holzerlaw.com
mfistel@holzerlaw.com

Additional Counsel for Plaintiffs

-4-

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on August 4, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

                                            /s/ Adam M. Stewart
                                            ADAM M. STEWART