UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   08-10960

| Alan Zametkin | Fidelity Investments, Inc. et al |
|---|---|
| PLAINTIFF | DEFENDANT |
| Jeffrey Berens | James Dittmar |
| Adam Stewart | Jim Benedict |
| Doug Wilens | |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf          CLERK   O'Leary          REPORTER   Romanow

## CLERK'S NOTES

| DATES: | Motion Hearing |
|---|---|
| 2/19/09 | Atty. Jeremy Lieberman and Abigail Romeo in attendance for the movant Ian Maclennan.  Court discloses its interest in a fidelity IRA fund which is not at issue in this case.  No party objects with the court proceeding with today's party.  Court orders the parties to consult their clients and report whether they have any objection to the court's continued participation in the case by 2/25/2009.  Court listens to the parties on the competing motions to appoint lead counsel.  Court allows Zametkin's motion to appointed lead plaintiff and denies Mclennan's motion to be appointed lead plaintiff.  Court appoints Zametkin's counsel as lead counsel.  Court gives its reasoning from the bench. |