```
           UNITED STATES DISTRICT COURT
            DISTRICT OF MASSACHUSETTS

ALAN ZAMETKIN,                    )
     Plaintiff,                   )
                                  )
           v.                     )  C.A. No. 08-cv-10960-MLW
                                  )
                                  )
FIDELITY MANAGEMENT & RESEARCH    )
CO., ET AL,                       )
     Defendants.                  )
```

ORDER

WOLF, D.J.                                        February 23, 2009

Class members Alan Zametkin and Ian K. Maclennan have each filed motions seeking to be named Lead Plaintiff and for approval of their counsel as Lead Counsel in this case. On January 27, 2009, this court ordered that Zametkin and Maclennan provide additional information and briefing so that the court could determine which one suffered the largest losses and whether the plaintiff suffering the largest losses would adequately represent the class. The submissions were made and a hearing was held on February 19, 2009.

For the reasons discussed in detail at the February 19, 2009, hearing, it is hereby ORDERED that:

1. Alan Zametkin's Motion For Appointment of Lead Plaintiff and for Approval of Selection of Lead Counsel (Docket No. 11) is ALLOWED and Zametkin is appointed Lead Plaintiff for the class pursuant to 15 U.S.C. §78u-4.

2. Zametkin's selection of Coughlin Stoia Geller Rudman &

Robbins LLP and Dyer & Berens LLP to serve as Lead Counsel is APPROVED.

    3. Zametkin's selection of Shapiro Haber & Urmy LLP to serve as Liaison Counsel is APPROVED.

    4. Maclennan's Motion For Appointment as Lead Plaintiff and Approval of His Selection of Lead Counsel for the Class (Docket No. 14) is DENIED.

    5.  The parties shall comply with the August 4, 2008 Scheduling Order.

    6. On reflection, the court realizes that the Fidelity fund mentioned at the February 19, 2009, hearing has been sold. Therefore, the parties need not address the issue of the court's possible recusal.

                                           /s/ Mark L. Wolf
                                     UNITED STATES DISTRICT JUDGE