# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ALAN ZAMETKIN, on Behalf of Himself and All Others Similarly Situated, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | 1:08-CV-10960-MLW |
| FIDELITY MANAGEMENT & RESEARCH COMPANY, et al., | ) ) ) | ORAL ARGUMENT REQUESTED |
| Defendants. | ) ) ) ) | |

## DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT

Defendants Fidelity Management & Research Co., FMR Corp. (n/k/a FMR LLC), Fidelity Brokerage Services LLC, Fidelity Income Fund, Edward C. Johnson 3d, Abigail P. Johnson, James C. Curvey, Timothy Hayes, Joseph B. Hollis, Stephen P. Jonas, Kimberley Monasterio, Christine Reynolds, and Robert L. Reynolds (collectively, "Defendants") respectfully move to dismiss Plaintiff's Amended Complaint, in its entirety and with prejudice, pursuant to Rules 8(a), 9(b), and 12(b)(6) of the Federal Rules of Civil Procedure. In support of this motion to dismiss, Defendants rely on the accompanying memorandum of law.

## REQUEST FOR ORAL ARGUMENT

In accordance with Local Rule 7.1(d), Defendants request oral argument at a date and time to be set by this Court.

Dated: Boston, MA
      July 17, 2009

                      Respectfully submitted,

                      GOODWIN PROCTER LLP
                      /s/ James S. Dittmar
                         James S. Dittmar (BBO# 126320)
                         Sarah Heaton Concannon (BBO# 646884)
                      Exchange Place
                      53 State Street
                      Boston, MA 02109
                      Tel: (617) 570-1000
                      Fax: (617) 523-1231
                      jdittmar@goodwinprocter.com
                      sconcannon@goodwinprocter.com

                      MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP
                        James N. Benedict (*pro hac vice*)
                        Sean M. Murphy (*pro hac vice*)
                        Robert R. Miller
                        Andrew W. Robertson (*pro hac vice*)
                        Jennie Woltz
                      1 Chase Manhattan Plaza
                      New York, NY 10005-1413
                      Tel: (212) 530-5000
                      Fax: (212) 530-5219

                      *Attorneys for Defendants Fidelity Management & Research Co., FMR Corp. (n/k/a FMR LLC), Fidelity Brokerage Services LLC, Edward C. Johnson 3d, Abigail P. Johnson, James C. Curvey, Timothy Hayes, Joseph B. Hollis, Stephen P. Jonas, Kimberley Monasterio, Christine Reynolds, and Robert L. Reynolds*

DECHERT LLP

/s/ William K. Dodds
William K. Dodds (BBO# 126720)
1095 Avenue of the Americas
New York, NY 10036-6797
Tel:  (212) 698-3557
Fax:  (212) 698-3599 (fax)

- and -

Owen C.J. Foster (BBO# 670199)
200 Clarendon Street, 27th Floor
Boston, MA 02116
Tel :  (617) 728-7100
Fax :  (617) 426-6567

- and -

Thomas C. Bogle
Robert W. Helm
1775 I Street, NW
Washington, DC 20006-2401
Tel:  (202) 261-3300
Fax:  (202) 261-3333

*Attorneys for Defendant Fidelity Income Fund*

## LOCAL RULE 7.1(A)(2) CERTIFICATION AND CERTIFICATE OF SERVICE

I, James S. Dittmar, hereby certify pursuant to Local Rule 7.1(a)(2) that counsel to Defendants and counsel to Plaintiff have conferred in good faith on the matter set forth herein and were unable to resolve or narrow the issues.

I further certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 17, 2009.

/s/ James S. Dittmar
James S. Dittmar (BBO# 126320)