## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALAN ZAMETKIN, On Behalf of Himself and All Others Similarly Situated,<br><br>        Plaintiff,<br><br>  vs.<br><br>FIDELITY MANAGEMENT & RESEARCH CO., *et al.*,<br><br>        Defendants. | No. 1:08-cv-10960-MLW |

### NOTICE OF FIRM CHANGE OF ADDRESS FOR DYER & BERENS LLP

Notice is hereby given that the mailing address for the law firm of Dyer & Berens LLP, one of the counsel for Plaintiff Alan Zametkin, has changed to:

>DYER & BERENS LLP
>303 East 17th Avenue, Suite 300
>Denver, CO 80203

The firm's fax and telephone numbers and email addresses remain the same.

Respectfully submitted,

DATED: December 10, 2009

                **/s/ Adam M. Stewart**
                Thomas G. Shapiro (BBO# 454680)
                Adam M. Stewart (BBO# 661090)
                SHAPIRO HABER & URMY LLP
                53 State Street
                Boston, MA 02109
                Telephone: (617) 439-3939
                FAX: (617)439-0134
                Email: tshapiro@shulaw.com
                          astewart@shulaw.com

                *Liaison Counsel*

Robert J. Dyer III
Jeffrey A. Berens
DYER & BERENS LLP
303 East 17th Avenue, Suite 300
Denver, CO 80203
Telephone: (303) 861-1764
FAX: (303) 395-0393
Email: bob@dyerberens.com
      jeff@dyerberens.com

*Co-Lead Counsel*

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on December 10, 2009.

                        **/s/ Adam M. Stewart**
                        Adam M. Stewart