```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS

ALAN ZAMETKIN,                    )
      Plaintiff,                  )
                                  )
         v.                       )  C.A. No. 08-cv-10960-MLW
                                  )
                                  )
FIDELITY MANAGEMENT & RESEARCH    )
CO., et al,                       )
      Defendant.                  )
```

ORDER

WOLF, D.J.                                              April 8, 2010

Lead plaintiff Alan Zametkin has filed an Assented-To Motion For Leave to File Second Amended Complaint, and Agreed-Upon Proposed Briefing Schedule on Motion to Dismiss (the "Motion"). It indicates that the parties propose to address whether this case should be dismissed based on the allegations in a Second Amended Complaint. That proposal is reasonable. Accordingly, it is hereby ORDERED that:

1. The Motion (Docket No. 65) is ALLOWED.

2. Defendants shall answer the Second Amended Complaint or file a motion to dismiss by May 24, 2010.

3. If defendants file a motion to dismiss, plaintiff shall respond by July 8, 2010, and defendants shall file any reply by August 9, 2010. A hearing on the motion to dismiss will be held on September 6, 2010, at 2:00 p.m.

4. If defendants file an answer to the Second Amended Complaint, a scheduling conference will be held on June 11, 2010,

at 3:00 p.m.

    5.    Defendants' pending Motion to Dismiss the Amended Complaint (Docket No. 51) is MOOT.

                                    /s/ Mark L. Wolf
                                UNITED STATES DISTRICT JUDGE