# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ALAN ZAMETKIN, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FIDELITY MANAGEMENT & RESEARCH COMPANY, et al.,<br><br>Defendants. | 1:08-CV-10960-MLW |

## DEFENDANTS' MOTION TO DISMISS
## PLAINTIFF'S SECOND AMENDED COMPLAINT

Defendants Fidelity Management & Research Co., FMR Corp. (n/k/a FMR LLC), Fidelity Brokerage Services LLC, Edward C. Johnson 3d, Abigail P. Johnson, James C. Curvey, Timothy Hayes, Joseph B. Hollis, Stephen P. Jonas, Kimberley Monasterio, Christine Reynolds, Robert L. Reynolds, and Fidelity Income Fund move to dismiss Plaintiff's Second Amended Complaint, in its entirety and with prejudice, pursuant to Federal Rule of Civil Procedure 12(b)(6). In support of their motion to dismiss, the Defendants rely on the accompanying memorandum of law, which is incorporated herein in its entirety.

## REQUEST FOR ORAL ARGUMENT

In accordance with Local Rule 7.1(d), Defendants request oral argument at a date and time to be set by this Court.

Dated: May 24, 2010

Respectfully submitted,

GOODWIN PROCTER, LLP

/s/ James S. Dittmar
James S. Dittmar (BBO# 126320)
David J. Apfel (BBO# 551139)
Joshua S. Lipshutz (BBO# 675305)
GOODWIN PROCTER LLP
53 State Street
Boston, Massachusetts 02109
Tel.: 617.570.1000
Fax: 617.523.1231
jdittmar@goodwinprocter.com
dapfel@goodwinprocter.com
jlipshutz@goodwinprocter.com

MILBANK, TWEED, HADLEY & McCLOY LLP
James N. Benedict (*pro hac vice*)
Sean M. Murphy (*pro hac vice*)
Andrew W. Robertson (*pro hac vice*)
1 Chase Manhattan Plaza
New York, NY 10005-1413
Tel: (212) 530-5000
Fax: (212) 530-5219

*Attorneys for Defendants Fidelity Management & Research Co., FMR Corp. (n/k/a FMR LLC), Fidelity Brokerage Services LLC, Edward C. Johnson 3d, Abigail P. Johnson, James C. Curvey, Timothy Hayes, Joseph B. Hollis, Stephen P. Jonas, Kimberly Monasterio, Christine Reynolds, and Robert L. Reynolds*

DECHERT LLP
William K. Dodds (BBO# 126720)
1095 Avenue of the Americas
New York, NY 10036
Tel: (212) 698-3500
Fax: (212) 698-3599
Owen C.J. Foster (BBO#670199)
200 Clarendon Street, 27th Floor
Boston, MA  02116
Tel: (617) 728-7100
Fax: (617) 426-6567

*Attorneys for Defendant Fidelity Income Fund*

LIBA/2089663.1

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I, Andrew Robertson, hereby certify that on May 24, 2010, I conferred in good faith with Evan Kauffman, counsel for Plaintiff, in an attempt to resolve or narrow the issues presented in this motion prior to filing, and we were unable to resolve or narrow the issues.

/s/ Andrew Robertson

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 24, 2010.

/s/ James S. Dittmar

LIBA/2089663.1