UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALAN ZAMETKIN, On Behalf of Himself and All Others Similarly Situated,<br><br>       Plaintiff,<br><br>vs.<br><br>FIDELITY MANAGEMENT & RESEARCH COMPANY, et al.,<br><br>       Defendants. | No. 1:08-cv-10960-MLW<br><br><u>CLASS ACTION</u> |

# DECLARATION OF ADAM M. STEWART IN SUPPORT OF LEAD PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' <u>MOTION TO DISMISS THE SECOND AMENDED COMPLAINT</u>

ADAM M. STEWART DECLARES UNDER PENALTY OF PERJURY:

  1.  I am an associate of the law firm Shapiro Haber & Urmy LLP, liaison counsel for Lead Plaintiff Dr. Alan Zametkin in this action. I submit this declaration in support of Lead Plaintiff's Opposition to Defendants' Motion to Dismiss the Second Amended Complaint.

  2.  Attached hereto as Exhibit A is a true and accurate copy of the following document cited in Lead Plaintiff's Opposition to Defendants' Motion to Dismiss the Second Amended Complaint: *In the Matter of Piper Capital Management, Inc.*, S.E.C. Release No. 175, 2000 WL 1759455, at *13 (Nov. 30, 2000).

  3.  Attached hereto as Exhibit B is a true and accurate copy of the following document cited in Lead Plaintiff's Opposition to Defendants' Motion to Dismiss the Second Amended Complaint: *In re Piper Capital Management, Inc.*, 2003 WL 22016298, Cease & Desist Order, at *8 (Aug. 26, 2003).

4. Attached hereto as Exhibit C is a true and accurate copy of the following document cited in Lead Plaintiff's Opposition to Defendants' Motion to Dismiss the Second Amended Complaint: *Yu v. State Street Corp.*, No. 08 Civ. 8235 (RJH), 08 MDL No. 1945, 2010 WL 2816259 (S.D.N.Y. July 14, 2010) (Holwell, J.).

5. Attached hereto as Exhibit D is a true and accurate copy of the following document cited in Lead Plaintiff's Opposition to Defendants' Motion to Dismiss the Second Amended Complaint: *In the Matter of Evergreen Inv. Mgmt. Co. LLC, et al.*, Cease and Desist Order, S.E.C. Release No. 60059, at ¶10 (June 8, 2009).

Dated: August 5, 2010

                                                            */s/ Adam M. Stewart*
                                                          ADAM M. STEWART

## **CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 5, 2010.

                                                            */s/ Adam M. Stewart*
                                                          ADAM M. STEWART