UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. CA08-10960

Alan Zametkin et al
PLAINTIFF

Fidelity Investments et al
DEFENDANT

Jeffrey Berens
Kaufman
Stewart
COUNSEL FOR PLAINTIFF

James Dittmar, David Apfel Evan
Joshua Lipshutz, Sean Murphy Adam
William Dodds
COUNSEL FOR DEFENDANT

JUDGE Wolf CLERK O'Leary REPORTER Romanow

CLERK'S NOTES

| DATES: | Motion Hearing |
|---|---|
| 11/15/10 | Court goes over the procedural history of the case with the parties. Court goes over the legal standard for the motion to dismiss. Court gives its tentative views to the parties. Court asks the plaintiff for its strongest argument against the defendnat's motion to dismiss the amended complaint. Court hears oral argument from the parties on the pending motion. Court takes a brief recess. Court resumes with plaintiff's rebuttal argument. Court denies the defendant's motion to dismiss the amended complaint except as to Fidelity Investments as to count 1 only. Court gives its reasons for the decision from the bench. Court orders the parties to confer and report regarding the scheduling and whether a conference is requested by December 3, 2010. |