```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

ALAN ZAMETKIN,                )
    Plaintiff,            )
                          )
       v.                 )  C.A. No. 08-10960-MLW
                          )
FIDELITY MANAGEMENT & RESEARCH)
CO., ET AL,                   )
    Defendants.           )


### ORDER

WOLF, D.J.                                      November 16, 2010

    For the reasons stated in court on November 15, 2010, it is hereby ORDERED that:

    1. Defendants' Motion to Dismiss the Second Amended Complaint (Docket No. 68) is ALLOWED in part and DENIED in part. It is allowed to the extent that it seeks the dismissal of Count I against defendant Fidelity Investments. It is denied in all other respects.

    2. By December 3, 2010, the parties shall confer and report, jointly if possible but separately if necessary, whether they have reached an agreement to resolve this matter. If such an agreement has not been reached, the parties shall propose a schedule for the remainder of this case and state whether they request a conference with the court.


                                          /s/ Mark L. Wolf
                              UNITED STATES DISTRICT JUDGE