UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ALAN ZAMETKIN, on Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> FIDELITY MANAGEMENT & RESEARCH COMPANY, et al., <br><br> Defendants. | 1:08-CV-10960-MLW |

## JOINT MOTION TO CONTINUE REPORT DATE ON SCHEDULING

The parties jointly move that the date by which they need to report to the Court regarding scheduling be continued from December 3, 2010 to and including January 14, 2011. In support of this joint motion the parties state:

1. At the conclusion of the November 15, 2010 hearing on Defendants' motion to dismiss, this Court ordered the parties to meet and confer and report back to the Court by December 3, 2010 with a reasonable proposed schedule regarding class certification, discovery, dispositive motion practice, and trial. The Court also requested that the parties discuss the prospects for settlement.

2. At the Court's request, the parties have agreed to meet to discuss the possibility of settlement. The holiday season and the schedules of the principals and counsel have made the logistics of settlement discussions difficult.

3. The parties request that the date by which they need to report back to the Court with a schedule be continued from December 3, 2010 to and including January 14, 2011. The requested additional time will help facilitate settlement discussions, and enable the parties to

determine whether they are going to be able to settle the matter without undertaking expensive and time-consuming discovery.

4. Should this motion be allowed, the parties will report back to the Court no later than January 14, 2011 with regard to their progress, or lack thereof, concerning settlement, and with a proposed case schedule, should the latter be necessary. Pending the outcome of the parties' current discussions, the parties have agreed that Defendants' Answer to the Second Amended Complaint need not be filed before January 24, 2011.

WHEREFORE, the parties jointly request that this motion be granted, and that they be afforded to and including January 14, 2011 to report back to the Court regarding the prospects for settlement, and to propose a case management schedule, should the latter prove necessary. Defendants' Answer to the Second Amended Complaint shall be filed, if necessary, on or before January 24, 2011.

Dated: December 1, 2010

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| SHAPIRO HABER & URMY LLP | GOODWIN PROCTER, LLP |
| /s/ Adam M. Stewart | /s/ David J. Apfel |
| Thomas G. Shapiro (BBO #454680) | James S. Dittmar (BBO# 126320) |
| Adam M. Stewart (BBO #661090) | David J. Apfel (BBO# 551139) |
| SHAPIRO HABER & URMY LLP | Joshua S. Lipshutz (BBO# 675305) |
| 53 State Street | GOODWIN PROCTER LLP |
| Boston, MA 02109 | 53 State Street |
| Telephone: 617/439-3939 | Boston, Massachusetts 02109 |
| 617/439-0134 (fax) | Tel.: 617.570.1000 |
| tshapiro@shulaw.com | Fax: 617.523.1231 |
| astewart@shulaw.com | jdittmar@goodwinprocter.com |
|  | dapfel@goodwinprocter.com |
| *Liaison Counsel* | jlipshutz@goodwinprocter.com |

| | |
|---|---|
| ROBBINS GELLER RUDMAN & DOWD LLP<br>SAMUEL H. RUDMAN<br>EVAN J. KAUFMAN<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>Telephone: 631/367-7100<br>631/367-1173 (fax)<br>srudman@rgrdlaw.com<br>ekaufman@rgrdlaw.com<br><br>DYER & BERENS LLP<br>Robert J. Dyer III<br>Jeffrey A. Berens<br>303 East 17th Avenue, Suite 300<br>Denver, CO 80203<br>Telephone: 303/861-1764<br>303/395-0393 (fax)<br>bob@dyerberens.com<br>jeff@dyerberens.com<br><br>*Co-Lead Counsel for Plaintiff*<br><br>HOLZER HOLZER & FISTEL, LLC<br>Corey D. Holzer<br>Michael I Fistel, Jr.<br>200 Ashford Center North, Suite 300<br>Atlanta, GA 30338<br>Telephone: 770/392-0090<br>770-392/0029 (fax)<br>cholzer@holzerlaw.com<br>mfistel@holzerlaw.com<br><br>*Additional Counsel for Plaintiff* | MILBANK, TWEED, HADLEY & McCLOY LLP<br>James N. Benedict (*pro hac vice*)<br>Sean M. Murphy (*pro hac vice*)<br>Andrew W. Robertson (*pro hac vice*)<br>1 Chase Manhattan Plaza<br>New York, NY 10005-1413<br>Tel: (212) 530-5000<br>Fax: (212) 530-5219<br><br>*Attorneys for Defendants Fidelity Management & Research Co., FMR Corp. (n/k/a FMR LLC), Fidelity Brokerage Services LLC, Edward C. Johnson III, Abigail P. Johnson, James C. Curvey, Timothy Hayes, Joseph B. Hollis, Stephen P. Jonas, Kimberly Monasterio, Christine Reynolds, and Robert L. Reynolds*<br><br>/s/ William K. Dodds<br><br>DECHERT LLP<br>William K. Dodds (BBO# 126720)<br>1095 Avenue of the Americas<br>New York, NY 10036<br>Tel: (212) 698-3500<br>Fax: (212) 698-3599<br>Owen C.J. Foster (BBO#670199)<br>200 Clarendon Street, 27th Floor<br>Boston, MA 02116<br>Tel: (617) 728-7100<br>Fax: (617) 426-6567<br><br>*Attorneys for Defendant Fidelity Income Fund* |

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 1, 2010.

/s/ David J. Apfel

3