UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALAN ZAMETKIN, on Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> FIDELITY MANAGEMENT & RESEARCH COMPANY, et al., <br><br> Defendants. | 1:08-CV-10960-MLW |

## JOINT REPORT ON STATUS

Pursuant to the Court's orders at the conclusion of the November 15, 2010 hearing on Defendants' Motion to Dismiss, the parties submit this Joint Report on Status, and state as follows:

1. At the conclusion of the November 15, 2010 hearing, the Court instructed the parties, among other things, to discuss the prospects for settlement.

2. Pursuant to the Court's instructions, counsel for the parties held an in-person settlement conference on December 8, 2010, and have had subsequent discussions regarding the prospects for settlement.

3. Based on their discussions, the parties agree that participation in a mediation session prior to commencing formal discovery would be beneficial. The parties are currently discussing potential private mediators and a schedule for mediation. The parties hope to reach agreement regarding these issues in the very near term, and anticipate that a mediation session will occur before March 10, 2011.

4. Within five (5) business days after the mediation session is held—and in all events no later than March 16, 2011—the parties will file a report to apprise the Court of the status of their efforts. If an agreement to resolve this case is not reached during the mediation session, and/or the prospect for a prompt settlement does not otherwise seem possible, the parties will include in the status report a proposed discovery plan and schedule pursuant to Federal Rules of Civil Procedure 16(b) and 26(f) and Local Rule 16.1.

Dated: January 14, 2011

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| SHAPIRO HABER & URMY LLP | GOODWIN PROCTER, LLP |
| /s/ Adam M. Stewart | /s/ David J. Apfel |
| Thomas G. Shapiro (BBO #454680) | James S. Dittmar (BBO# 126320) |
| Adam M. Stewart (BBO #661090) | David J. Apfel (BBO# 551139) |
| SHAPIRO HABER & URMY LLP | Joshua S. Lipshutz (BBO# 675305) |
| 53 State Street | GOODWIN PROCTER LLP |
| Boston, MA 02109 | 53 State Street |
| Telephone: 617/439-3939 | Boston, Massachusetts 02109 |
| 617/439-0134 (fax) | Tel.: 617.570.1000 |
| tshapiro@shulaw.com | Fax: 617.523.1231 |
| astewart@shulaw.com | jdittmar@goodwinprocter.com |
| | dapfel@goodwinprocter.com |
| *Liaison Counsel* | jlipshutz@goodwinprocter.com |

| | |
|---|---|
| ROBBINS GELLER RUDMAN & DOWD LLP<br>Samuel H. Rudman<br>Evan J. Kaufman<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>Telephone: 631/367-7100<br>631/367-1173 (fax)<br>srudman@rgrdlaw.com<br>ekaufman@rgrdlaw.com<br><br>DYER & BERENS LLP<br>Robert J. Dyer III<br>Jeffrey A. Berens<br>303 East 17th Avenue, Suite 300<br>Denver, CO 80203<br>Telephone: 303/861-1764<br>303/395-0393 (fax)<br>bob@dyerberens.com<br>jeff@dyerberens.com<br><br>*Co-Lead Counsel for Plaintiff* | MILBANK, TWEED, HADLEY & McCLOY LLP<br>James N. Benedict (*pro hac vice*)<br>Sean M. Murphy (*pro hac vice*)<br>Andrew W. Robertson (*pro hac vice*)<br>1 Chase Manhattan Plaza<br>New York, NY 10005-1413<br>Tel: (212) 530-5000<br>Fax: (212) 530-5219<br><br>*Attorneys for Defendants Fidelity Management & Research Co., FMR Corp. (n/k/a FMR LLC), Fidelity Brokerage Services LLC, Edward C. Johnson 3d, Abigail P. Johnson, James C. Curvey, Timothy Hayes, Joseph B. Hollis, Stephen P. Jonas, Kimberly Monasterio, Christine Reynolds, and Robert L. Reynolds* |
| HOLZER HOLZER & FISTEL, LLC<br>Corey D. Holzer<br>Michael I Fistel, Jr.<br>200 Ashford Center North, Suite 300<br>Atlanta, GA 30338<br>Telephone: 770/392-0090<br>770-392/0029 (fax)<br>cholzer@holzerlaw.com<br>mfistel@holzerlaw.com<br><br>*Additional Counsel for Plaintiff* | /s/ William K. Dodds<br><br>DECHERT LLP<br>William K. Dodds (BBO# 126720)<br>1095 Avenue of the Americas<br>New York, NY 10036<br>Tel: (212) 698-3500<br>Fax: (212) 698-3599<br>Owen C.J. Foster (BBO#670199)<br>200 Clarendon Street, 27th Floor<br>Boston, MA 02116<br>Tel: (617) 728-7100<br>Fax: (617) 426-6567<br><br>*Attorneys for Defendant Fidelity Income Fund* |

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 14, 2011.

/s/ David J. Apfel