UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ALAN ZAMETKIN, on Behalf of Himself and All Others Similarly Situated, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiff, | | |
| v. | | 1:08-CV-10960-MLW |
| FIDELITY MANAGEMENT & RESEARCH COMPANY, et al., | | |
| Defendants. | | |

**JOINT MOTION TO EXTEND DEADLINE FOR STATUS REPORT AND TO CONTINUE STAY PENDING OUTCOME OF MEDIATION**

The parties submit this Joint Motion to Extend Deadline for Status Report and to Continue Stay Pending Outcome of Mediation, and state as follows:

1. On January 14, 2011, the parties submitted a Joint Motion to Extend Deadlines stating that the parties have agreed to participate in a mediation session and requesting that all deadlines currently in place in this matter be stayed until after the mediation. (Dkt. No. 84.)

2. The Joint Motion to Extend Deadlines also stated that the parties expected that the mediation session would occur before March 10, 2011 and that, within five (5) business days after the mediation session is held—and in all events no later than March 16, 2011—the parties would file a report to apprise the Court of the status of their efforts to resolve this case and, if necessary, propose a discovery plan and schedule pursuant to Federal Rules of Civil Procedure 16(b) and 26(f) and Local Rule 16.1.

3. On January 18, 2011, the Court granted the Joint Motion to Extend Deadlines and ordered that "[t]he parties shall report within two weeks of the conclusion of the mediation," "if

the case is not settled, the parties shall propose a new schedule for the remainder of the case," and the "case is otherwise stayed." (Electronic Order, entered January 18, 2011).

4. The parties recently selected and retained a highly-qualified mediator to conduct the mediation session. However, the mediator's first availability to conduct a mediation session is April 14, 2011. Therefore, contrary to what the parties expected at the time they submitted their Joint Motion to Extend Deadlines, the mediation session will not occur before March 10, 2011. The parties expect that the mediation session will be held on April 14, 2011.

5. The parties have agreed to limited document discovery prior to the mediation.

6. The parties jointly request that the date by which they need to file a report to apprise the Court of the status of their efforts to resolve this case and, if necessary, to propose a discovery plan and schedule pursuant to Federal Rules of Civil Procedure 16(b) and 26(f) and Local Rule 16.1, be extended from March 16, 2011 to and including April 20, 2011.

7. The parties also jointly request that the stay ordered by the Court on January 18, 2011 be continued pending the outcome of the mediation.

WHEREFORE, the parties jointly request that this motion be granted, and that they be afforded to and including April 20, 2011 to report to the Court regarding the status of their efforts to resolve the case and, if necessary, to propose a discovery plan and schedule pursuant to Federal Rules of Civil Procedure 16(b) and 26(f) and Local Rule 16.1, and that the stay ordered by the Court remain in place through the parties' mediation and at least until the submission of the parties' next status report.

Dated: February 9, 2011

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| SHAPIRO HABER & URMY LLP | GOODWIN PROCTER, LLP |
| /s/ Adam M. Stewart | /s/ David J. Apfel |
| Thomas G. Shapiro (BBO #454680) | James S. Dittmar (BBO# 126320) |
| Adam M. Stewart (BBO #661090) | David J. Apfel (BBO# 551139) |
| SHAPIRO HABER & URMY LLP | Joshua S. Lipshutz (BBO# 675305) |
| 53 State Street | GOODWIN PROCTER LLP |
| Boston, MA  02109 | 53 State Street |
| Telephone: 617/439-3939 | Boston, Massachusetts 02109 |
| 617/439-0134 (fax) | Tel.:  617.570.1000 |
| tshapiro@shulaw.com | Fax:  617.523.1231 |
| astewart@shulaw.com | jdittmar@goodwinprocter.com |
|  | dapfel@goodwinprocter.com |
| *Liaison Counsel* | jlipshutz@goodwinprocter.com |

| | |
|---|---|
| ROBBINS GELLER RUDMAN & DOWD LLP<br>SAMUEL H. RUDMAN<br>EVAN J. KAUFMAN<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>Telephone: 631/367-7100<br>631/367-1173 (fax)<br>srudman@rgrdlaw.com<br>ekaufman@rgrdlaw.com<br><br>DYER & BERENS LLP<br>Robert J. Dyer III<br>Jeffrey A. Berens<br>303 East 17th Avenue, Suite 300<br>Denver, CO 80203<br>Telephone: 303/861-1764<br>303/395-0393 (fax)<br>bob@dyerberens.com<br>jeff@dyerberens.com<br><br>*Co-Lead Counsel for Plaintiff*<br><br>HOLZER HOLZER & FISTEL, LLC<br>Corey D. Holzer<br>Michael I Fistel, Jr.<br>200 Ashford Center North, Suite 300<br>Atlanta, GA 30338<br>Telephone: 770/392-0090<br>770-392/0029 (fax)<br>cholzer@holzerlaw.com<br>mfistel@holzerlaw.com<br><br>*Additional Counsel for Plaintiff* | MILBANK, TWEED, HADLEY & McCLOY LLP<br>James N. Benedict (*pro hac vice*)<br>Sean M. Murphy (*pro hac vice*)<br>Andrew W. Robertson (*pro hac vice*)<br>1 Chase Manhattan Plaza<br>New York, NY 10005-1413<br>Tel: (212) 530-5000<br>Fax: (212) 530-5219<br><br>*Attorneys for Defendants Fidelity Management & Research Co., FMR Corp. (n/k/a FMR LLC), Fidelity Brokerage Services LLC, Edward C. Johnson 3d, Abigail P. Johnson, James C. Curvey, Timothy Hayes, Joseph B. Hollis, Stephen P. Jonas, Kimberly Monasterio, Christine Reynolds, and Robert L. Reynolds*<br><br>/s/ William K. Dodds<br><br>DECHERT LLP<br>William K. Dodds (BBO# 126720)<br>1095 Avenue of the Americas<br>New York, NY 10036<br>Tel: (212) 698-3500<br>Fax: (212) 698-3599<br>Owen C.J. Foster (BBO#670199)<br>200 Clarendon Street, 27th Floor<br>Boston, MA 02116<br>Tel: (617) 728-7100<br>Fax: (617) 426-6567<br><br>*Attorneys for Defendant Fidelity Income Fund* |

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 9, 2011.

                                            /s/ David J. Apfel

LIBA/2150803.1