UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ALAN ZAMETKIN, on Behalf of Himself and All Others Similarly Situated, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 1:08-CV-10960-MLW |
| FIDELITY MANAGEMENT & RESEARCH COMPANY, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

## JOINT STATUS REPORT

Pursuant to the Court's orders at the conclusion of the November 15, 2010 hearing on Defendants' Motion to Dismiss, and its Order dated February 9, 2011, the parties hereby submit this Joint Status Report, and state as follows:

1.	At the conclusion of the motion to dismiss hearing, the Court instructed the parties, among other things, to discuss the prospects for settlement. Accordingly, counsel for the parties held an in-person settlement conference on December 8, 2010, at which they agreed to schedule a formal mediation.

2.	Thereafter, on Thursday, April 14, 2011, the parties attended a full day mediation session with a well-respected mediator, David Geronemus, at JAMS in New York City.

3.	 The parties are now pleased to report to the Court that they have reached a settlement-in-principle and have executed a binding MOU. The MOU provides, among other things, that the parties will agree to a formal stipulation of settlement and the complete additional, agreed upon confirmatory discovery in the next 45 days. Accordingly, the parties

anticipate that they will complete the foregoing, and that Plaintiff will submit preliminary approval papers to the Court, by no later than May 30, 2011.

Dated: April 20, 2011

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| SHAPIRO HABER & URMY LLP | GOODWIN PROCTER, LLP |
| /s/ Adam M. Stewart | /s/ David J. Apfel |
| Thomas G. Shapiro (BBO #454680) | James S. Dittmar (BBO# 126320) |
| Adam M. Stewart (BBO #661090) | David J. Apfel (BBO# 551139) |
| SHAPIRO HABER & URMY LLP | Joshua S. Lipshutz (BBO# 675305) |
| 53 State Street | GOODWIN PROCTER LLP |
| Boston, MA  02109 | 53 State Street |
| Telephone: 617/439-3939 | Boston, Massachusetts 02109 |
| 617/439-0134 (fax) | Tel.:  617.570.1000 |
| tshapiro@shulaw.com | Fax:  617.523.1231 |
| astewart@shulaw.com | jdittmar@goodwinprocter.com |
|  | dapfel@goodwinprocter.com |
| *Liaison Counsel* | jlipshutz@goodwinprocter.com |
|  |  |
| ROBBINS GELLER RUDMAN & DOWD LLP | MILBANK, TWEED, HADLEY & McCLOY LLP |
| Samuel H. Rudman | James N. Benedict (*pro hac vice*) |
| Evan J. Kaufman | Sean M. Murphy (*pro hac vice*) |
| 58 South Service Road, Suite 200 | Andrew W. Robertson (*pro hac vice*) |
| Melville, NY  11747 | 1 Chase Manhattan Plaza |
| Telephone: 631/367-7100 | New York, NY 10005-1413 |
| 631/367-1173 (fax) | Tel: (212) 530-5000 |
| srudman@rgrdlaw.com | Fax: (212) 530-5219 |
| ekaufman@rgrdlaw.com |  |
|  | *Attorneys for Defendants Fidelity Management & Research Co., FMR Corp. (n/k/a FMR LLC), Fidelity Brokerage Services LLC, Edward C. Johnson 3d, Abigail P. Johnson, James C. Curvey, Timothy Hayes, Joseph B. Hollis, Stephen P. Jonas, Kimberly Monasterio, Christine Reynolds, and Robert L. Reynolds* |
| DYER & BERENS LLP |  |
| Robert J. Dyer III |  |
| Jeffrey A. Berens |  |
| 303 East 17th Avenue, Suite 300 |  |
| Denver, CO  80203 |  |
| Telephone: 303/861-1764 |  |
| 303/395-0393 (fax) |  |
| bob@dyerberens.com |  |
| jeff@dyerberens.com |  |

*Co-Lead Counsel for Plaintiff*

HOLZER HOLZER & FISTEL, LLC
Corey D. Holzer
Michael I Fistel, Jr.
200 Ashford Center North, Suite 300
Atlanta, GA  30338
Telephone: 770/392-0090
770-392/0029 (fax)
cholzer@holzerlaw.com
mfistel@holzerlaw.com

*Additional Counsel for Plaintiff*

DECHERT LLP

/s/ William K. Dodds
William K. Dodds (BBO# 126720)
1095 Avenue of the Americas
New York, NY 10036
Tel: (212) 698-3500
Fax: (212) 698-3599
Owen C.J. Foster (BBO#670199)
200 Clarendon Street, 27th Floor
Boston, MA  02116
Tel: (617) 728-7100
Fax: (617) 426-6567

*Attorneys for Defendant Fidelity Income Fund*

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 20, 2011.

                                          /s/      Adam M. Stewart_____
                                          Adam M. Stewart