UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALAN ZAMETKIN, on Behalf of Himself and All Others Similarly Situated, ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | 1:08-CV-10960-MLW |
| FIDELITY MANAGEMENT & RESEARCH COMPANY, *et al.*, ) ) ) | |
| Defendants. ) ) | |

## PLAINTIFF'S STATUS REPORT

Plaintiff's counsel previously reported to the Court that they anticipated submitting preliminary settlement approval papers to the Court by no later than June 7, 2011. Due to a number of minor, outstanding issues with these documents, Plaintiff now anticipates filing the preliminary settlement approval papers with the Court on or before June 17, 2011.

Dated: June 8, 2011

Respectfully submitted,

SHAPIRO HABER & URMY LLP

/s/ Adam M. Stewart
Thomas G. Shapiro (BBO #454680)
Adam M. Stewart (BBO #661090)
SHAPIRO HABER & URMY LLP
53 State Street
Boston, MA 02109
Telephone: 617/439-3939
617/439-0134 (fax)
tshapiro@shulaw.com
astewart@shulaw.com

*Liaison Counsel*

ROBBINS GELLER RUDMAN & DOWD LLP
Samuel H. Rudman
Evan J. Kaufman
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
ekaufman@rgrdlaw.com

DYER & BERENS LLP
Robert J. Dyer III
Jeffrey A. Berens
303 East 17th Avenue, Suite 300
Denver, CO 80203
Telephone: 303/861-1764
303/395-0393 (fax)
bob@dyerberens.com
jeff@dyerberens.com

*Co-Lead Counsel for Plaintiff*

        HOLZER HOLZER & FISTEL, LLC
        Corey D. Holzer
        Michael I Fistel, Jr.
        200 Ashford Center North, Suite 300
        Atlanta, GA  30338
        Telephone: 770/392-0090
        770-392/0029 (fax)
        cholzer@holzerlaw.com
        mfistel@holzerlaw.com

*Additional Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 8, 2011.

/s/ ____ Adam M. Stewart _____ _____