UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALAN ZAMETKIN, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY MANAGEMENT & RESEARCH COMPANY, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) No. 1:08-cv-10960-MLW<br>)<br>) CLASS ACTION<br>)<br>)<br>)<br>) |

### LEAD PLAINTIFF'S UNOPPOSED
### MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT

Lead Plaintiff Alan Zametkin ("Lead Plaintiff") hereby moves the Court pursuant to Rule 23(e) of the Federal Rules of Civil Procedure for an order: (1) granting preliminary approval of the proposed Settlement which provides for the payment of $7,500,000 in cash to resolve this securities class action against Defendants; (2) certifying the Class pursuant to Rule 23(b)(3) for purposes of effectuating the proposed Settlement; (3) directing that Class Members be given notice of the pendency of this Litigation and the proposed Settlement in substantially the same form and manner set forth in the Stipulation of Settlement and the exhibits annexed thereto; (4) setting a hearing date for the Court to consider final approval of the proposed Settlement and related matters; and (5) setting a schedule of events to govern the remaining procedural aspects of the proposed Settlement.

In support of his motion, Lead Plaintiff relies on the Stipulation of Settlement, the exhibits annexed thereto, and the Memorandum of Law in Support of Lead Plaintiff's

Unopposed Motion for Preliminary Approval of Settlement, submitted herewith, which are incorporated herein in their entirety.

DATED: June 17, 2011

                                                        Respectfully submitted,

                                                        SHAPIRO HABER & URMY LLP

/s/ Adam M. Stewart
Thomas G. Shapiro (BBO #454680)
Adam M. Stewart (BBO #661090)
SHAPIRO HABER & URMY LLP
53 State Street
Boston, MA  02109
Telephone: 617/439-3939
617/439-0134 (fax)
tshapiro@shulaw.com
astewart@shulaw.com

*Liaison Counsel*

ROBBINS GELLER RUDMAN &
DOWD LLP
Samuel H. Rudman
Evan J. Kaufman
58 South Service Road, Suite 200
Melville, NY  11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
ekaufman@rgrdlaw.com

DYER & BERENS LLP
Robert J. Dyer III
Jeffrey A. Berens
303 East 17th Avenue, Suite 300
Denver, CO  80203
Telephone: 303/861-1764
303/395-0393 (fax)
bob@dyerberens.com
jeff@dyerberens.com

*Co-Lead Counsel for Plaintiff*

HOLZER HOLZER & FISTEL, LLC
Corey D. Holzer
Michael I Fistel, Jr.
200 Ashford Center North, Suite 300
Atlanta, GA  30338
Telephone: 770/392-0090
770-392/0029 (fax)
cholzer@holzerlaw.com
mfistel@holzerlaw.com

*Additional Counsel for Plaintiff*

**LOCAL RULE 7.1(A)(2) CERTIFICATION**

I hereby certify that counsel for Plaintiff conferred in good faith with counsel for Defendants, and Defendants do not oppose the relief requested herein.

/s/ Adam M. Stewart
Adam M. Stewart

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 17, 2011.

/s/ Adam M. Stewart
Adam M. Stewart
