UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ALAN ZAMETKIN, On Behalf of Himself and All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | No. 1:08-cv-10960-MLW |
| FIDELITY MANAGEMENT & RESEARCH COMPANY, et al., | ) ) ) | |
| Defendants. | ) ) ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF ANDREW W. ROBERTSON

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.5.2(c), the undersigned counsel

hereby withdraws his appearance on behalf Defendants Fidelity Management & Research

Company, FMR Corp. (n/k/a FMR LLC), Fidelity Brokerage Services LLC, Edward C. Johnson

3d, Abigail P. Johnson, James C. Curvey, Timothy Hayes, Joseph B. Hollis, Stephen P. Jonas,

Kimberly Monasterio, Christine Reynolds, and  Robert L. Reynolds (collectively, the "Fidelity

Defendants") in the above-captioned action.  The Fidelity Defendants will continue to be

represented by Milbank, Tweed, Hadley & McCloy LLP and Goodwin Procter LLP.  Please

remove the undersigned attorney from the docket as counsel of record in this action.

Dated:  October 7, 2011

Respectfully submitted,

_____
Andrew W. Robertson, *Pro Hac Vice*
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005
Tel:  (212) 530-5000
Fax:  (212) 530-5219

## CERTIFICATE OF SERVICE

I, David J. Apfel, hereby certify that a copy of the foregoing Notice of Withdrawal of Appearance of Andrew W. Robertson, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies shall be served by first class mail postage prepaid on all counsel who are not served through the CM/ECF system on October 11, 2011.


/s/ David J. Apfel_____