UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALAN ZAMETKIN, On Behalf of Himself and All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>vs.<br><br>FIDELITY MANAGEMENT & RESEARCH COMPANY, et al.,<br><br>                      Defendants. | No. 1:08-cv-10960-MLW<br><br>CLASS ACTION<br><br>LEAD PLAINTIFF'S MOTION FOR FINAL APPROVAL OF SETTLEMENT AND PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS |

700871_1

Lead Plaintiff Dr. Alan Zametkin ("Lead Plaintiff") hereby moves the Court pursuant to Rule 23(e) of the Federal Rules of Civil Procedure for an Order granting final approval of: (i) the proposed Settlement of this securities class action (the "Litigation") on behalf of a class (the "Class") consisting of all persons and entities (other than the Excluded Persons) who purchased or otherwise acquired Fidelity Ultra-Short Bond Fund (the "Fund") shares between June 6, 2005 and June 5, 2008, inclusive; and (ii) the Plan of Allocation of settlement proceeds which will govern how the Net Settlement Fund will be allocated among Class Members.

In support of his Motion, Lead Plaintiff relies on: the Memorandum of Law in Support of Lead Plaintiff's Motion for Final Approval of Settlement and Plan of Allocation of Settlement Proceeds; the Joint Declaration of Jeffrey A. Berens and Evan J. Kaufman in Support of Lead Plaintiff's Motion for Final Approval of Settlement and Plan of Allocation of Settlement Proceeds, and Lead Counsel's Motion for an Award of Attorneys' Fees and Expenses and Lead Plaintiff Reimbursement Pursuant to 15 U.S.C. §77z-1(a)(4); as well as the Stipulation of Settlement and the exhibits annexed thereto, which all are incorporated herein in their entirety.

DATED:  April 13, 2012

Respectfully submitted,

SHAPIRO HABER & URMY LLP
THOMAS G. SHAPIRO (BBO # 454680)
ADAM M. STEWART (BBO # 661090)
53 State Street
Boston, MA  02109
Telephone:  617/439-3939
617/439-0134 (fax)
tshapiro@shulaw.com
astewart@shulaw.com

Liaison Counsel

- 1 -

700871_1

ROBBINS GELLER RUDMAN
  & DOWD LLP
ELLEN GUSIKOFF STEWART


                S/Ellen Gusikoff Stewart
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
          ELLEN GUSIKOFF STEWART

655 W. Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
elleng@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
EVAN J. KAUFMAN
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
ekaufman@rgrdlaw.com

DYER & BERENS LLP
ROBERT J. DYER
JEFFREY A. BERENS
303 East 17th Avenue, Suite 300
Denver, CO  80203
Telephone:  303/861-1764
303/395-0393 (fax)
bob@dyerberens.com
jeff@dyerberens.com

Co-Lead Counsel for Plaintiffs

- 2 -

700871_1

HOLZER HOLZER & FISTEL, LLC
COREY D. HOLZER
MICHAEL I. FISTEL, JR.
200 Ashford Center North, Suite 300
Atlanta, GA  30338
Telephone:  770/392-0090
770/392-0029 (fax)
cholzer@holzerlaw.com
mfistel@holzerlaw.com

Additional Counsel for Plaintiffs

## LOCAL RULE 7.1(a)(2) CERTIFICATION

      I certify that I have conferred with counsel for Defendants on the issues raised by this motion prior to filing, and Defendants do not oppose the motion for approval of the Settlement, and take no position on the portion of the motion seeking approval of the proposed Plan of Allocation.

      s/ Ellen Gusikoff Stewart
      ELLEN GUSIKOFF STEWART

- 3 -

700871_1

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 13, 2012.

s/ Ellen Gusikoff Stewart
ELLEN GUSIKOFF STEWART

700871_1